UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEVEN LANGLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-1607** |
| **SGT. BEAU BOWMAN** | **SECTION "H" (2)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that (1) plaintiff's motion for injunctive relief or protective order, Record Doc. No. 9, is **DENIED**, and (2) plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1) or under Heck v. Humphrey, 512 U.S. 477 (1994),  and (3) plaintiff's motion to dismiss case without prejudice (Doc. 42) is **DENIED AS MOOT.**

New Orleans, Louisiana, this 31st day of October, 2016.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE